United States District Court
Southern District of Texas
**ENTERED**
May 16, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RICARDO VILLALON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-0264 |
| | § | |
| CITY OF MCALLEN, | § | |
| | § | |
| Defendant. | § | |

# ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Plaintiff Ricardo Villalon's civil rights action pursuant to 42 U.S.C. § 1983, which had been referred to the Magistrate Court for a report and recommendation.[1] On April 7, 2022, the Magistrate Court issued the Report and Recommendation, recommending that Plaintiff's claims be **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).[2] The time for filing objections has passed and no objections have been filed.[3]

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error.[4] Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's civil rights action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DONE at McAllen, Texas, this 16th day of May 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 1.
[2] Dkt. No. 36.
[3] *Id.*
[4] As noted by the Fifth Circuit, "[t]he advisory committee's note to Rule 72(b) states that, '[w]hen no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Douglas v. United States Service Auto. Ass'n*, 79 F.3d 145, 1420 (5th Cir. 1996) (quoting Fed R. Civ. P. 72(b) advisory committee's note (1983)) *superseded by statute on other grounds by* 28 U.S.C. § 636(b)(1), *as stated in ACS Recovery Servs., Inc. v. Griffin*, No. 11-40446, 2012 WL 1071216, at *7 n. 5 (5th Cir. April 2, 2012).